W. T. GRIFFIN v. THE STATE.

No. 3451.    Decided March 3, 1915.

Carrying Pistol—Statement of Facts—Notice of Appeal.

Where the alleged statement of facts was filed too late, the motion to strike out would ordinarily be granted; however, there being no notice of appeal in the record, this court has no jurisdiction, and the cause must, therefore, be dismissed.

Appeal from the County Court of Hardin. Tried below before the Hon. W. W. Dies.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was assessed the lowest penalty on a conviction for unlawfully carrying a pistol.

The court at which he was convicted adjourned November 14, 1914. What purports to be a statement of facts was filed some seventy-four days later. The Assistant Attorney General moves to strike the document out and not consider it because filed too late. It would be necessary to grant his motion ordinarily. But a careful examination of the record discloses that no notice of appeal was given and entered in the

court below. Hence, this court has no jurisdiction of this case and it will, therefore, be dismissed.

*Dismissed.*